| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dennis_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Gray W. Dozier  8-25-06 |
| 1. Article Addressed to:<br><br>NEW HORIZON CHURCH<br>1724 EAST MAIN STREET<br>PRATTVILLE, AL  #36067<br><br>2:06 CV 716-WKW | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>  ☑ Certified Mail  ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service) | 7006 0100 0002 0276 5389 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540