## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JOHN DEREK WILLIAMS**, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:06CV716** |
| **BLUE CROSS AND BLUE SHIELD OF** ) | |
| **ALABAMA and NEW HORIZONS** ) | |
| **CHURCH,** ) | |
| ) | |
|     **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, F. R. Civ. P., Blue Cross and Blue Shield of Alabama discloses that it has no parent corporation, and that because it is a non-stock, not-for-profit corporation, no publicly held corporation owns a 10% or greater ownership interest in Blue Cross and Blue Shield of Alabama.

 

    /s/Cavender C. Kimble
    Attorney for Defendant,
    Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**

Cavender C. Kimble
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the <u>7th</u> day of <u>September,</u> 2006:

J. Bernard Brannan, Jr.
The Brannan Law Firm, P.C.
602 South Hull Street
Montgomery, Alabama 36104

E. Ham Wilson, Jr.
Ball, Ball, Mathews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

/s/ Cavender C. Kimble_____
OF COUNSEL