IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DEREK WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BLUE CROSS BLUE SHIELD OF | ) CV 2:06CV716 |
| ALABAMA and NEW HORIZONS | ) |
| CHURCH, | ) |
| | ) |
| Defendants. | |

## REPORT OF PARTIES' PLANNING CONFERENCE

1.   Pursuant to Fed. R. Civ. P. 26(f), a conference was held on November 1, 2006 between:

   A.   J. Bernard Brannan, Jr.
         The Brannan Law Firm, P.C.
         602 South Hull Street
         Montgomery, Alabama 36104
         Attorney for the Plaintiff, John Derek Williams

   B.   Cavender C. Kimble
         Balch & Bingham LLP
         P.O. Box 306
         Birmingham, Alabama 35201
         One of the Attorneys for Defendant,
         Blue Cross and Blue Shield of Alabama

         Micheal S. Jackson
         Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
         P.O. Box 1988
         Montgomery, Alabama 36102
         One of the Attorneys for Defendant,
         New Horizon Church

   The parties agree that plaintiff has not fully exhausted administrative remedies that are a prerequisite to judicial review. Blue Cross is ready to provide the administrative appeal. Since this case turns on circumstances surrounding the termination of plaintiff's coverage, the parties propose to make disclosure of documents related to that issue, which will be used in the

administrative appeal along with any other information and argument that plaintiff submits. The parties propose that, assuming the court is willing, the case be stayed to permit the administrative appeal and that at the conclusion of the appeal, the parties report to the court whether plaintiff believes judicial review will be necessary.

2. **Pre-Discovery Disclosures.** The parties will exchange by November 16, 2006 the additional information discussed above. Plaintiff will then submit his appeal to Blue Cross no later than December 15, 2006.

3. **Discovery Plan.** The parties jointly propose to the court that all plans regarding discovery be pended until the administrative appeal is completed.

4. **Other Items.** The parties jointly propose to the court that all other items be pended until the administrative appeal is completed.

Dated: November 3 , 2006

s/J. Bernard Brannan, Jr.
One of the Attorneys for Plaintiff
John Derek Williams

**OF COUNSEL:**

J. Bernard Brannan, Jr.
The Brannan Law Firm, P.C.
602 South Hull Street
Montgomery, Alabama 36104

s/Cavender C. Kimble
One of the Attorneys for Defendant,
Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**
Cavender C. Kimble
Balch & Bingham LLP
P.O. Box 306
Birmingham, Alabama 35201

                                                  s/Micheal S. Jackson
                                                  One of the Attorneys for Defendant,
                                                  New Horizon Church

**OF COUNSEL:**

Micheal S. Jackson
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, Alabama  36102


### CERTIFICATION OF CONSENT TO E-FILE

      The undersigned certifies that he has been given express permission to submit the electronic signatures of all other counsel above and to e-file same.


                                                  s/Cavender C. Kimble
                                                Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic service on this the **3rd** day of **November, 2006**:

Joe C. Cassady, Sr.
Cassady & Cassady, LLP
P.O. Box 311730
Enterprise, AL  36331

Mr. John Steensland
Mr. R. Martin Adams
739 West Main St.
Dothan, AL  36301

                                                  s/Cavender C. Kimble
                                                  Of Counsel