IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DEREK WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BLUE CROSS BLUE SHIELD OF | ) CV 2:06CV716 |
| ALABAMA and NEW HORIZONS | ) |
| CHURCH, | ) |
| | ) |
| Defendants. | |

### JOINT MOTION FOR ENTRY OF QUALIFIED HIPAA ORDER

The parties, through counsel undersigned, jointly request that the Court enter the attached qualified HIPAA protective order to facilitate disclosure of documents in this case, some of which contains health information protected by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The attached order is intended to authorize disclosures under the Privacy Regulations issued pursuant to the Act. See 45 C.F.R. 164.512(e)(i).

Dated this 16<u>th</u> day of November, 2006.

s/J. Bernard Brannan, Jr.
One of the Attorneys for Plaintiff
John Derek Williams

**OF COUNSEL:**

J. Bernard Brannan, Jr.
The Brannan Law Firm, P.C.
602 South Hull Street
Montgomery, Alabama 36104

874184.1

           s/Cavender C. Kimble
           One of the Attorneys for Defendant,
           Blue Cross and Blue Shield of Alabama

**OF COUNSEL:**
Cavender C. Kimble
Balch & Bingham LLP
P.O. Box 306
Birmingham, Alabama 35201

           s/Micheal S. Jackson
           One of the Attorneys for Defendant,
           New Horizon Church

**OF COUNSEL:**

Micheal S. Jackson
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, Alabama 36102

### CERTIFICATION OF CONSENT TO E-FILE

The undersigned certifies that he has been given express permission to submit the electronic signatures of all other counsel above and to e-file same.

           s/Cavender C. Kimble
           Of Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DEREK WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BLUE CROSS BLUE SHIELD OF | ) CV 2:06CV716 |
| ALABAMA and NEW HORIZONS | ) |
| CHURCH, | ) |
| | ) |
|     Defendants. | |

## **QUALIFIED HIPAA PROTECTIVE ORDER**

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), and any and all information, including Protected Health Information, relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual, and payment for the provision of such health care, including insurance coverage.

874183.1

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the Protected Health Information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such Protected Health Information was obtained, or to destroy the Protected Health Information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

_____
UNITED STATES DISTRICT JUDGE