IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DEREK WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00716-WKW |
| | ) | |
| BLUE CROSS BLUE SHIELD OF | ) | |
| ALABAMA and NEW HORIZONS | ) | |
| CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the parties' Rule 26(f) report (Doc. #9) wherein the parties propose to stay the case pending the exhaustion administrative remedies. Therefore, it is

ORDERED that the proceedings in this case are STAYED pending the exhaustion of administrative remedies. The parties shall notify the court of the status of the case at the conclusion of the administrative appeal or by May 15, 2007, whichever first occurs.

DONE this 21st day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE