IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN DEREK WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    CASE NO. 2:06-cv-716-WKW |
| | ) |
| **BLUE CROSS BLUE SHIELD OF ALABAMA and NEW HORIZONS CHURCH,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

The parties are directed to show cause in writing by **June 11, 2007**, why no status report was filed per the order of the court dated November 21, 2006 (Doc. # 12).

DONE this 1st day of June, 2007.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE