IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DEREK WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06CV716 |
| BLUE CROSS AND BLUE SHIELD OF ) | |
| ALABAMA and NEW HORIZONS ) | |
| CHURCH, ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO SHOW CAUSE ORDER

Defendant Blue Cross and Blue Shield of Alabama, on behalf of all parties and in response to the Court's Show Cause Order dated June 1, 2007, advises the Court that the parties have been negotiating and as of today have agreed upon a settlement of all claims in the lawsuit. Once the settlement agreement is signed, the parties will submit a stipulation to dismissal with prejudice.

s/ Cavender C. Kimble
One of the Attorneys for Blue Cross and Blue
Shield of Alabama

**OF COUNSEL:**

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5860
E-mail: ckimble@balch.com

911264.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 6th day of June, 2007:

J. Bernard Brannan, Jr.
The Brannan Law Firm, P.C.
602 South Hull Street
Montgomery, Alabama 36104

Michael S. Jackson
Beers, Anderson, Jackson
Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

/s/Cavender C. Kimble
OF COUNSEL