**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DEREK WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:06-cv-716-WKW** |
| ) | |
| **BLUE CROSS BLUE SHIELD OF** ) | |
| **ALABAMA and NEW HORIZONS** ) | |
| **CHURCH,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The parties having informed the court on June 6, 2007, that this action is settled (Doc. # 14), the parties are directed to file their dismissal pleadings **on or before August 10, 2007.**

DONE this 31st day of July, 2007.

                                                /s/  W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE