# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN DEREK WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:06CV716** |
| **BLUE CROSS BLUE SHIELD OF** | ) | |
| **ALABAMA, NEW HORIZONS** | ) | |
| **CHURCH,** | ) | |
| | ) | |
| **Defendants.** | | |

## STIPULATION TO DISMISSAL

The parties, through counsel undersigned, having reach an amicable resolution of this civil action, stipulate that this civil action may be dismissed with prejudice, each party to bear its or their own costs and attorney fees.

Dated this 7th day of August, 2007.

s/J. Bernard Brannan, Jr.
One of the Attorneys for Plaintiff
John Derek Williams

OF COUNSEL:
J. Bernard Brannan, Jr.
The Brannan Law Firm, P.C.
602 South Hull Street
Montgomery, Alabama 36104

920764.1

s/Cavender C. Kimble
One of the Attorneys for Defendant,
Blue Cross and Blue Shield of Alabama

OF COUNSEL:
Cavender C. Kimble
Balch & Bingham LLP
P.O. Box 306
Birmingham, Alabama 35201

s/Micheal S. Jackson
One of the Attorneys for Defendant,
New Horizon Church

OF COUNSEL:
Micheal S. Jackson
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, Alabama  36102

## CERTIFICATION OF CONSENT TO E-FILE

The undersigned certifies that he has been given express permission to submit the electronic signatures of all other counsel above and to e-file same.

s/Cavender C. Kimble
Of Counsel

920764.1                                    2